451 A.2d 442

**SCHOOL DISTRICT OF PITTSBURGH, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF EDUCATION.**

Supreme Court of Pennsylvania.

Argued Sept. 21, 1982.

Decided Oct. 29, 1982.

Persifor S. Oliver, Jr., Asst. Sol., Robert J. Stefanko, Sol., Bd. of Public Educ., School Dist. of Pgh. Legal Dept., Pittsburgh, for appellant.

Elisabeth S. Shuster, Mollie A. McCurdy, Deputy Attys. Gen., Harrisburg, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Order affirmed, 63 Pa.Cmwlth. 39, 437 A.2d 530.